# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| D.T., a minor, by and through his parents B.K.T. and B.H.T., | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 3:18-cv-00388 |
| v. | ) ) | |
| SUMNER COUNTY SCHOOLS and VENA STUART ELEMENTARY SCHOOL, | ) ) ) ) | Judge William L. Campbell, Jr.<br><br>Magistrate Judge Alistair Newbern |
| Defendants. | ) | |

## JOINT MOTION FOR LEAVE TO AMEND NAMED PARTIES

NOW COME Plaintiffs D.T., a minor, by and through his parents B.K.T. and B.H.T.[1] ("Plaintiffs") and Defendants Sumner County Schools ("District") and Vena Stuart Elementary School ("VES"), by and through respective counsel, and for their joint motion for leave to amend the identity of Defendant hereby state as follows:

1. Counsel for Defendants have represented to the Court that Sumner County Schools and Vena Stuart Elementary School are incorrectly named in the

---

[1] Plaintiffs are identified with initials pursuant to Fed.R.Civ.P. 5.2 so as to protect the identity of the minor child as such would be obvious if the full name of the parents were pleaded.

Complaint and are not legal entities. Sumner County Board of Education is the actual legal entity and the proper name of Defendant herein.

2. Plaintiffs consent to this correction.

3. "[A] party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires." Fed.R.Civ.P. 15(a)(2).

4. Justice certainly requires that Defendant be correctly identified by its legal name herein.

5. Other than the name change, no other allegations are amended.

WHEREFORE, Plaintiffs and Defendant jointly respectfully request that this honorable Court enter an Order correcting the identity of Defendant as "Sumner County Board of Education" and that all further filings so identify the Defendant and the caption is changed to properly reflect that.

Dated: February 2, 2019

Respectfully submitted,

By: /s/ E. Todd Presnell
E. Todd Presnell, Esq.
Casey L. Miller, Esq.
Kristi W. Arth, Esq.
Bradley Arant Boult Cummings, LLP
1600 Division Street, Suite 700
Nashville, Tennessee 37203
tpresnell@bradley.com,
cmiller@bradley.com,
karth@bradley.com

/s/ Deanna L. Arivett
Deanna L. Arivett, Esq.
Arivett Law, PLLC
201 East Main Street, Suite 410
Murfreesboro, TN 37130
Phone: (615) 987-6006
Fax: (615) 413-5437
Email: deanna@arivettlaw.com

Attorneys for Defendant Sumner County Board of Education

By: /s/ Robert C. Thurston
Robert C. Thurston, Esq. (*pro hac vice*)
Thurston Law Offices LLC
100 Springdale Road A3
PMB 287
Cherry Hill, NJ 08003
Telephone: (856) 335-5291
Email: rthurston@schoolkidslawyer.com

/s/ Michael F. Braun
Michael F. Braun, Esq. (BPR 032669)
Post Office Box 364
Brentwood, TN 37024
(615) 378-8942
mfb@braun-law.com

Attorneys for Plaintiffs

# CERTIFICATE OF SERVICE

I, Robert C. Thurston, certify that I served all parties and counsel of record the foregoing document by causing the same to be sent via the ECF system for eFilers and via regular mail for non-eFilers on February 2, 2019:

| | |
|---|---|
| E. Todd Presnell, Esq.<br>Jessica Jernigan-Johnson, Esq.<br>Kristi W. Arth, Esq.<br>Bradley Arant Boult Cummings, LLP<br>1600 Division Street, Suite 700<br>Nashville, Tennessee 37203<br>tpresnell@bradley.com,<br>rcole@bradley.com<br>jjernigan-johnson@babc.com,<br>amatacale@bradley.com,<br>ljarrett@bradley.com<br>karth@bradley.com,<br>lclothier@bradley.com | Deanna L. Arivett, Esq.<br>Arivett Law, PLLC<br>201 East Main Street, Suite 410<br>Murfreesboro, TN 37130<br>Phone: (615) 987-6006<br>Fax: (615) 413-5437<br>Email: deanna@arivettlaw.com<br>Website: www.arivettlaw.com |

/s/ Robert C. Thurston
Robert C. Thurston